IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01785-MSK-KLM

WAYNALIE ROBERTS,

       Plaintiff,

v.

CAPITAL ONE AUTO FINANCE INC.,

       Defendant.

_____

## ORDER GRANTING MOTION TO DISMISS

_____

THIS MATTER comes before the Court on the Motion to Dismiss (Motion) **(#24)** filed

November 27, 2007.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk is directed to close this

case.

DATED this 28th day of November, 2007.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge